# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

ISAIAH BROWN,

    Plaintiff,

v.                           CV 214-52

WINN-DIXIE STORES, INC., and
BI-LO HOLDINGS, LLC,

    Defendants.

# O R D E R

Presently before the Court is the parties' joint motion to stay. (Doc. 75.) The parties request this Court stay the case pending the Eleventh Circuit's decision in Slater v. U.S. Steel Corp., No. 12-15548 (11th Cir. 2016). The Court **GRANTS** the parties' request and **STAYS** this case. The parties **SHALL** file a status report with this Court as soon as the Eleventh Circuit issues its opinion. The status report **SHALL** provide a detailed explanation as to how the Eleventh Circuit's decision affects this case.

**ORDER ENTERED** at Augusta, Georgia this 31st day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA