# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| ISAIAH BROWN, | * |
| Plaintiff, | * |
| v. | * CV 214-52 |
| WINN-DIXIE STORES, INC., and BI-LO HOLDINGS, LLC, | * |
| Defendants. | * |

# O R D E R

Previously, the Court stayed this case pending the Eleventh Circuit's decision in Slater v. U.S. Steel Corp., No. 12-15548 (11th Cir. 2016). (Doc. 76.) The Eleventh Circuit has rendered its decision, and the Court now concludes that its prior decision (doc. 38) complies with the new standard established by Slater v. U.S. Steel Corp., 871 F.3d 1174 (2017). Accordingly, the Court **LIFTS** the stay on this case.

**ORDER ENTERED** at Augusta, Georgia this 25th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA