IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ISAIAH BROWN,

    Plaintiff,

v.

WINN-DIXIE STORES, INC., and
BI-LO HOLDINGS, LLC,

    Defendants.

CV 214-52

O R D E R

Presently before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 83.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 21ST day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA